UNITED STATES DISTRICT COURT
**District of Maine**

Jessica Fuller, Individually and on behalf of all similarly situated persons )
Plaintiff(s), )
vs. )    Case No. 2:25-cv-00354-NT
)
Hyde School et al. )
Defendant(s). )

**CERTIFICATION FOR ADMISSION PRO HAC VICE**

**The District of Maine is a CM/ECF NextGen Court. This certification form must be filed electronically via ECF in the District of Maine and the $200.00 admission fee must be paid at the time of filing (via pay.gov, which you will be automatically directed to during docketing). If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Kelly A. Guagenty

2. State bar membership number(s): MA BBO No. 658872

3. Firm name, address and telephone number:
   Justice Law Collaborative, LLC
   210 Washington Street, North Easton, MA 02356

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   Massachusetts
   District of Massachusetts

5. Name, address and telephone number of associated local counsel: John Z. Steed, Island Justice, PO BOX 771, Stonington, ME 04681    207-200-7077

6. Party name(s) entering appearance for:
   Jessica Fuller

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?    ☐ Yes   ☒ No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?    ☐ Yes   ☒ No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?    ☒ Yes   ☐ No

Dated: July 11, 2025            /s/John_Z._Steed
                                Signature of Local Counsel

Dated: July 11, 2025            /s/ Kelly A. Guagenty
                                Signature of Applicant