IN THE UNITED STATES COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **Jessica Fuller, individually and on behalf of all similarly situated persons,**<br>**Plaintiffs,**<br>vs.<br>**HYDE SCHOOL; LAURA GAULD; MALCOME GAULD; GEORGIA GAULD MACMILLAN; MALCOM MACMILLAN; LAURIE GAULD HURD**<br><br>**Defendants.** | Civil Action No.: 2:25-cv-00354-NT |

## JESSICA FULLER'S RULE 7.1 DISCLOSURE STATMENT

Jessica Fuller through counsel, discloses the following pursuant to Local Rule 7.1:

1. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

Jessica Fuler is a citizen of the State of Florida.

Respectfully Submitted,

Dated: July 23, 2025

/s/    John Z. Steed
John Z. Steed, Esq. #5399
Island Justice
P.O. Box 771
Stonington, ME 04681
(207) 200-7077
john@islandjusticelaw.com

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of this document was served on the counsel of record when filed through the Court's CM/ECF system on July 23, 2025.

            /s/ John Z. Steed
            John Z. Steed, Esq. #5399