AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| Jessica Fuller, Individually and on behalf of all similarly situated persons <br><br> *Plaintiff(s)* <br> v. <br> Hyde School, Laura Gauld, Malcolm Gauld, Georgia Gauld MacMillan, Donald MacMillan, Laurie Gauld Hurd <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-00354-NT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Donald MacMillan, Teacher
Hyde School
616 High Street
Bath, ME 04530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Z. Steed, Esq.
Island Justice - Protecting Maine Consumers
43 School Street
P.O. Box 771
Stonington, ME 04681
(207) 200-7077 john@islandjusticelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 6, 2025
_____

Eric M. Storms
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00354-NT

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* __Donald McMillan__

was received by me on *(date)* __8/26/25__ .

☒ I personally served the summons on the individual at *(place)* __26 Richardson Street, Bath Me__
_____ on *(date)* __8/26/25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/26/25__
      __1:43 PM__

_____
Server's signature

__Brett Sibet__
Printed name and title

__752 High Street Bath Me 04530__
Server's address

Additional information regarding attempted service, etc: