AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maine

| | |
|---|---|
| Jessica Fuller, Individually and on behalf of all similarly situated persons <br><br> *Plaintiff(s)* <br><br> v. <br><br> Hyde School, Laura Gauld, Malcolm Gauld, Georgia Gauld MacMillan, Donald MacMillan, Laurie Gauld Hurd <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-00354-NT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Laura Gauld, President and Principle Officer
Hyde School
616 High Street
Bath, ME 04530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Z. Steed, Esq.
Island Justice - Protecting Maine Consumers
43 School Street
P.O. Box 771
Stonington, ME 04681
(207) 200-7077 john@islandjusticelaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 6, 2025 _____

Eric M. Storms
Clerk, U.S. District Court

Case 2:25-cv-00354-NT   Document 11    Filed 09/03/25   Page 2 of 2   PageID #: 147
Case 2:25-cv-00354-NT   Document 6-5   Filed 08/06/25   Page 2 of 2   PageID #: 135

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-00354-NT

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **LAURA GAUld**

was received by me on (date) **8/26/25**.

☒ I personally served the summons on the individual at (place) **HYDE School, Bath Me.**
on (date) **8/26/25** ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **8/26/25**
**08:42 AM**

Server's signature

**Dep. Brett Strout**
Printed name and title

**752 High Street Bath, Me 04530**
Server's address

Additional information regarding attempted service, etc: