AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| Jessica Fuller, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00354 |
| Hyde School, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hyde School, Laura Gauld, Malcolm Gauld, Georgia Gauld MacMillan, Malcolm MacMillan, Laurie Gauld Hurd.

Date: 09/11/2025

/s/ Martha C. Gaythwaite
*Attorney's signature*

Martha C. Gaythwaite, Bar No. 2811
*Printed name and bar number*

Verrill Dana LLP
One Portland Square
Portland, ME 04101
*Address*

mgaythwaite@verrill-law.com
*E-mail address*

(207) 774-4000
*Telephone number*

(207) 774-7499
*FAX number*