AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maine

| Jessica Fuller, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 2:25-cv-00354 |
| Hyde School, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hyde School, Laura Gauld, Malcolm Gauld, Georgia Gauld MacMillan, Malcolm MacMillan, Laurie Gauld Hurd.

Date: 09/11/2025

/s/ Sarah K. Grossnickle
*Attorney's signature*

Sarah K. Grossnickle, Bar No. 10179
*Printed name and bar number*

Verrill Dana LLP
One Portland Square
Portland, ME 04101
*Address*

sgrossnickle@verrill-law.com
*E-mail address*

(207) 774-4000
*Telephone number*

(207) 774-7499
*FAX number*