# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons, | |
| Plaintiffs, | |
| v. | Civil Action No. 2:25-cv-00354-NT |
| HYDE SCHOOL; LAURA GAULD; MALCOM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD, | Hon. Nancy Torresen |
| Defendants. | |

## DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants the Hyde School, Laura Gauld, Malcom Gauld, Georgia Gauld MacMillan, Donald MacMillan, and Laurie Gauld Hurd hereby move for an enlargement of time, through October 7, 2025, to answer or otherwise plead in response to Plaintiff's First Amended Complaint. Defendants' current deadline to answer or otherwise plead in response to the First Amended Complaint is September 16, 2025. The First Amended Complaint asserts sixteen State and federal law causes of action against Defendants. Some of these claims are brought on behalf of only plaintiff Jessica Fuller, and other claims are brought on behalf of Ms. Fuller and a putative class of plaintiffs. Defendants seek additional time to assess the numerous facts and allegations contained in the Plaintiff's First Amended Compliant, and to prepare a responsive pleading.

Plaintiff's counsel has consented to the relief requested in this motion.

WHEREFORE, Defendants respectfully request that this Honorable Court extend their time to answer or otherwise plead in response to Plaintiff's First Amended Complaint until October 7, 2025.

Dated:  September 11, 2025

                                          */s/ Sarah K. Grossnickle*
                                          Martha C. Gaythwaite
                                          Sarah K. Grossnickle
                                          VERRILL DANA, LLP
                                          One Portland Square
                                          Portland, ME  04101-4054
                                          (207) 774-4000
                                          mgaythwaite@verrill-law.com
                                          sgrossnickle@verrill-law.com

                                          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                          */s/ Sarah K. Grossnickle*

27212252_1