## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HYDE SCHOOL; LAURA GAULD; MALCOM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD,<br><br>Defendants. | Civil Action No. 2:25-cv-00354-NT<br><br>Hon. Nancy Torresen |

## CORPORATE DISCLOSURE STATEMENT OF
## THE HYDE SCHOOL

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, defendant the Hyde School states that it has no parent corporation, and no entity or individual owns 10% or more of its stock or has 10% or more ownership interest.

Dated:  September 11, 2025

*/s/ Sarah K. Grossnickle*
Martha C. Gaythwaite
Sarah K. Grossnickle
VERRILL DANA, LLP
One Portland Square
Portland, ME  04101-4054
(207) 774-4000
mgaythwaite@verrill-law.com
sgrossnickle@verrill-law.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Sarah K. Grossnickle

27212252_1