UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JESSICA FULLER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) No. 2:25-cv-00354-NT |
| | ) |
| HYDE SCHOOL, ET AL, | ) |
| | ) |
| Defendant[s] | ) |

ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby **RECUSE** myself from acting in any proceeding in this matter.

Dated: 9/12/2025

/s/ Karen Frink Wolf
Karen Frink Wolf
United States Magistrate Judge