UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HYDE SCHOOL; LAURA GAULD; MALCOM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD,<br><br>Defendants. | Civil Action No. 2:25-cv-00354-SDN<br><br>Hon. Stacey D. Neumann |

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSIVE PLEADING**

Plaintiffs, Jessica Fuller, individually and on behalf of all similarly situated persons, hereby move for an enlargement of time, through November 28, 2025, to serve their Opposition to the Defendants' Motion to Dismiss First Amended Complaint. Plaintiffs' current deadline to serve said pleading is October 28, 2025. The Motion to Dismiss challenges Plaintiffs' sixteen State and Federal law causes of action which were asserted on behalf of Plaintiff Jessica Fuller, individually, and other claims brought on behalf of Ms. Fuller and a putative class of Plaintiffs. Plaintiffs seek additional time to assess the numerous arguments contained in Defendants' Motion to Dismiss, and to prepare a responsive pleading.

Defendants' counsel has consented to the relief requested in this motion.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court extend their time to serve their Opposition to Defendants' Motion to Dismiss until November 28, 2025.

Dated: October 17, 2025

/s/ Kelly A. Guagenty
Kelly A. Guagenty, Esq. (BBO #658872)
*(admitted pro hac vice)*
JUSTICE LAW COLLABORATIVE
210 Washington St.
North Easton, MA 02356
(508) 230-2700
kelly@justicelc.com

And,

John Steed, Esq. (ME Bar #5399)
ISLAND JUSTICE
PO Box 771
Stonington, ME 04681
Phone: 207-200-7077
john@islandjusticelaw.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kelly A. Guagenty
Kelly A. Guagenty, Esq.