**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons,<br><br>        Plaintiffs,<br><br>                    v.<br><br>HYDE SCHOOL; LAURA GAULD; MALCOM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD,<br><br>        Defendants. | Civil Action No. 2:25-cv-00354-SDN<br><br>Hon. Stacey D. Neumann |

**JOINT MOTION FOR LEAVE TO ENLARGE
<u>PAGE LIMITATIONS</u>**

Plaintiffs Jessica Fuller, individually and on behalf of all similarly situated persons, pursuant to Local Rule 7(d)(2) of the Local Rules of the United States District Court for the District of Maine, respectfully moves for leave to enlarge the page limit applicable to her forthcoming Opposition to Defendants' Motion to Dismiss the First Amended Individual and Class Action Complaint (ECF No. 20).

Under the Local Rules, memoranda in opposition are limited to twenty (20) pages. Given the complexity of this matter, including multiple defendants, numerous federal and state statutory claims, and extensive factual allegations, good cause exists to allow a modest enlargement of the page limit. The additional pages will enable Plaintiff to fully and efficiently address all issues raised in Defendants' motion without unnecessary duplication or omission of pertinent argument.

Accordingly, Plaintiff requests leave to file an Opposition not to exceed twenty-five (25) pages in total.

1

Similarly, under the Local Rules, a Reply Memorandum is limited to seven (7) pages. Defendants respectfully request leave to file a Reply not to exceed ten (10) pages in total, and the Plaintiffs have consented to said request.

WHEREFORE, the parties respectfully request that this Honorable Court grant their Motion to Enlarge Page Limitations.

Dated:  October 17, 2025

*/s/ Kelly A. Guagenty*_____
Kelly A. Guagenty, Esq. (BBO #658872)
*(admitted pro hac vice)*
JUSTICE LAW COLLABORATIVE
210 Washington St.
North Easton, MA 02356
(508) 230-2700
kelly@justicelc.com

And,

John Steed, Esq. (ME Bar #5399)
ISLAND JUSTICE
PO Box 771
Stonington, ME 04681
Phone: 207-200-7077
john@islandjusticelaw.com

*Attorneys for Plaintiffs*

*/s/  Martha C. Gaythwaite*_____
Martha C. Gaythwaite
Sarah K. Grossnickle
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101-4054
(207) 774-4000
mgaythwaite@verrill-law.com
sgrossnickle@verrill-law.com

*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 17, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Kelly A. Guagenty*
Kelly A. Guagenty, Esq.

3