IN THE UNITED STATES COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **JESSICA FULLER**, individually and on behalf of all similarly situated persons,<br>　　　Plaintiffs,<br><br>　　　vs.<br><br>**HYDE SCHOOL; LAURA GAULD; MALCOLM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD**<br><br>　　　Defendants. | Civil Action No.: 2:25-cv-00354<br><br>Hon. Stacey D. Neumann |

**MOTION TO WITHDRAW**

NOW COMES, John Z. Steed, Counsel for the Plaintiff, and seeks leave of the Court to withdraw from this matter under Local Rule 83.2(c), and the Maine Rules of Professional Conduct (b)(6) and (b)(7).

Withdrawal is appropriate because, after ECF 26 was filed, I learned that a prior filing (ECF 25) contained inaccurate and unsupported legal citations. While I did not participate in drafting the filing and was not specifically aware that it was being filed in my name, I consented, via text, that I did not object to Counsel filing ECF 25. I cannot, moving forward, continue to support the admission of attorney Kelly A. Guagenty pro hac vice, and I do not have the capacity to work on this matter in any capacity greater than the "local counsel" role I agreed to.

Based on the foregoing, I respectfully request permission to withdraw. I will do my utmost to assist in finding appropriate counsel.

Dated: December 9, 2025              Respectfully Submitted

/s/ John Z. Steed

John Steed, Esq. (ME Bar #5399)
Attorney for the Plaintiffs
ISLAND JUSTICE
P.O. Box 771
Stonington, ME 04681
Phone: 207-200-7077
john@islandjusticelaw.com