IN THE UNITED STATES COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **JESSICA FULLER, individually and on behalf of all similarly situated persons,**<br>　　Plaintiffs,<br><br>　　vs.<br><br>**HYDE SCHOOL; LAURA GAULD; MALCOLM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD**<br><br>　　Defendants. | Civil Action No.: 2:25-cv-00354<br><br>Hon. Stacey D. Neumann |

**MOTION TO WITHDRAW SUPPORT FOR PRO HAC VICE APPLICATION (ECF 3)**

NOW COMES, John Z. Steed, Counsel for the Plaintiff, and withdraws his support for the admission of Attorney Kelly A. Guagenty, pro hac vice. See ECF 3. In support of this motion, I point to the inaccurate or unsupported legal citations noted by the Defendant in ECF 25. In Attorney Guagenty's application for admission pro hac vice, she and I represented that she would abide by this Court's local rules.

I have confirmed the following problems with citations in ECF 25, as noted by the Defendants in ECF 26:

1) The citation "*Doe v. Howard*, 2023 WL 4001635, *5" is not a case I can locate.
2) The citation "*Doe v. Moravian College*, 2020 WL 7624840 *9" is not a case I can locate.
3) *Bates v. Seuqel Youth & Fam. Servs., LLC*, No. 2:23-CV-01063-RDP, 2025 WL 2917756, (N.D. Ala. Oct. 14, 2025) does not reference or distinguish *Toviave*, as stated in in ECF 26.

Based on the foregoing, I withdraw my support for the admission of attorney Kelly A. Guagenty, pro hac vice.

Dated: December 9, 2025				Respectfully Submitted

						/s/ John Z. Steed_____

						John Steed, Esq. (ME Bar #5399)
						Attorney for the Plaintiffs
						ISLAND JUSTICE
						P.O. Box 771
						Stonington, ME 04681
						Phone: 207-200-7077
						john@islandjusticelaw.com