UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HYDE SCHOOL; LAURA GAULD; MALCOLM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD,<br><br>Defendants. | Civil Action No. 2:25-cv-00354-SDN<br><br>Hon. Stacey D. Neumann |

**DEFENDANTS' REPLY TO PLAINTIFF'S "NOTICE OF ERRATA"**

Plaintiff's so-called "Notice of Errata" does little to correct the glaring misrepresentations and inaccuracies Defendants identified in their reply brief. Those issues were not merely "clerical errors," as Attorney Guagenty dismissively contends. Notice of Errata ("Notice") at 1. Plaintiff misrepresented that multiple cases stood for legal propositions that they did not stand for, and she misled the Court as to the text of a statute on which she based her claims.

With respect to *Doe v. Howard*, Attorney Guagenty claims that "[t]he case is genuine and supports the proposition for which it was cited – that courts award substantial damages in human trafficking and forced servitude cases." Notice at 2. That's not what she cited the case for. She cited *Doe v. Howard* to support the contention that "[o]ther courts confirm [the] limitation" of the Sixth Circuit's holding in *United States v. Toviave* regarding the applicability of 18 U.S.C. § 1589 to "ordinary family chores." Plaintiff's Response Brief at 7. *Howard* does not support that contention. Her misrepresentation of her own briefing reveals a continued lack of candor to

1

the Court.  Similarly, Attorney Guagenty's claim that she reviewed *Doe v. Moravian College* during the drafting process and determined that it contained unidentified "illustrative" language can hardly be believed.  The case is entirely inapposite, saying nothing about federal forced labor and trafficking statutes, much less about their application to "family chores" vs. commercial enterprises, which is what she cited it for.  Attorney Guagenty's explanations are not credible.  And Defendants' point remains:  there are no cases with these case names or case citations standing for the propositions for which they are cited.

Attorney Guagenty also incorrectly claims that the *Bates v. Sequel Youth & Family Services, LLC* decision was "cited correctly."  Notice at 5.  As Defendants – and Attorney Steed – pointed out, Plaintiff misrepresented to the Court that *Bates* "distinguish[ed] *Toviave*," which Attorney Guagenty does not dispute.  Defendants' Reply Brief ("Reply") at 2-3; Dkt 28, Motion to Withdraw Support for Pro Hac Vice Application.  Defendants also identified several other instances in which Attorney Guagenty misrepresented caselaw and cited allegations that were not in the FAICC, which she does not acknowledge or address at all in her "Notice."  *See* Reply at 3 n.2, 8 n.7, 10.  Her assertion that "[n]o substantive legal argument or factual assertion was misrepresented" in Plaintiff's response brief is flatly wrong.  Notice at 5.

Finally, Attorney Guagenty's contention that "out of approximately thirty citations contained in the Plaintiff's Opposition, only [a] handful" were erroneous reveals a lack of appreciation for the standard of practice in the District of Maine and/or reckless disregard for her obligations.  Notice at 4.  Attorney Guagenty must think very little of Maine practitioners and this Court to argue that the errors in Plaintiff's brief can be overlooked as merely a "handful" of "clerical errors" or "citation formatting" errors.  *Id*. at 4, 5.

Dated: December 11, 2025                    Respectfully submitted,

                                              */s/ Sarah K. Grossnickle*
                                              Martha C. Gaythwaite
                                              Sarah K. Grossnickle
                                              VERRILL DANA, LLP
                                              One Portland Square
                                              Portland, ME  04101-4054
                                              (207) 774-4000
                                              mgaythwaite@verrill-law.com
                                              sgrossnickle@verrill-law.com

                                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 11, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              */s/ Sarah K. Grossnickle*