# UNITED STATES DISTRICT COURT

for the

District of Maine

| | | |
|---|---|---|
| Jessica Fuller, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-00354-SDN |
| Hyde School, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Local counsel for Plaintiff Jessica Fuller, individually and on behalf of all similarly situated persons .

Date: 02/13/2026

/s/ Kevin M. Fitzgerald
*Attorney's signature*

Kevin M. Fitzgerald, Maine Bar No. 9373
*Printed name and bar number*

Fitzgerald Law Group, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
*Address*

kfitzgerald@fitz-lawgroup.com
*E-mail address*

(207) 874-7407
*Telephone number*

(207) 850-2120
*FAX number*