UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

|  |  |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HYDE SCHOOL; LAURA GAULD; MALCOLM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD,<br><br>Defendants. | Civil Action No. 2:25-cv-00354-SDN<br><br>Hon. Stacey D. Neumann |

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSIVE FILING [DOCKET # 36]**

In her latest submission dated March 4, 2026, Plaintiff admits to multiple errors and mischaracterizations of law in her Opposition to Defendants' Motion to Dismiss, and further admits that, instead of carefully investigating and acknowledging these errors, her counsel filed a "Notice of Errata" in which she set forth additional inaccuracies. The Court stated in its December 16, 2025 Order that it will address these issues in the context of its ruling on the Motion to Dismiss. Order (Dkt. 31). Defendants do not address them further here.

Defendants respond to Plaintiff's latest filing only briefly to clarify that their Motion to Dismiss does not turn on the many errors that they identified in Plaintiff's briefing. Defendants do not seek dismissal as a bad faith sanction; they seek dismissal because Plaintiff fails to state a claim for relief as to herself and lacks standing to assert class claims for the reasons set forth in their Motion to Dismiss and Reply briefs (Dkts. 20, 26). Plaintiff's attempts to correct her errors do not in any way affect the merits of Defendants' arguments.

1

Defendants further respond to the footnote on page 9 of Plaintiff's submission, relating to an email that Attorney Fitzgerald received from Hyde School alum and attorney Christopher Mann. As the attached affidavit from Attorney Mann explains, neither Defendants nor their counsel directed Attorney Mann to send this communication and did not know that he planned to do so. Attorney Mann learned that Plaintiff had retained Attorney Fitzgerald in the course of a conversation with Malcolm Gauld, and by his own initiative sought to bring to Attorney Fitzgerald's attention several filings in this case which, as Plaintiff's latest submission confirms, correctly noted multiple errors and mischaracterizations of law. Defendants hope this puts to rest any concerns or questions about this communication. Defendants and their undersigned attorneys share Plaintiff's commitment to moving forward in this case in good faith.

Dated:  March 12, 2026

Respectfully submitted,

*/s/ Sarah K. Grossnickle*
Martha C. Gaythwaite
Sarah K. Grossnickle
VERRILL DANA, LLP
One Portland Square
Portland, ME  04101-4054
(207) 774-4000
mgaythwaite@verrill-law.com
sgrossnickle@verrill-law.com

*Attorneys for Defendants*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Sarah K. Grossnickle*