**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>HYDE SCHOOL; LAURA GAULD; MALCOLM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD<br><br>Defendants. | Civil Action No.: 2:25-cv-00354<br><br>Hon. Stacey D. Neumann |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT**

Plaintiff Jessica Fuller ("Plaintiff") hereby respectfully requests oral argument pursuant to Local Rule 7(e) on the Motion to Dismiss. Dkt. No. 20. Hearing on the motion would be useful for two primary reasons:

First, the Motion to Dismiss challenges all remaining counts across multiple distinct TVPRA sections, each with its own elements and requirements. Argument would let the Court efficiently work through those distinctions. Second, the forced labor and beneficiary liability claims, in this institutional context, present questions on which there is limited controlling authority within the First Circuit. Resolution of the Motion will turn in part on how persuasive out-of-circuit authority applies to the facts alleged here, and oral argument may assist the Court in assessing the relevance and distinguishability of that authority.

Additionally, a hearing will allow Plaintiff to directly address the Defendants' mischaracterizations of the pleadings and demonstrate why resolving these issues requires discovery rather than dismissal at the Rule 12(b)(6) stage.

Dated: June 8, 2026

Respectfully Submitted,


*/s/ Kimberly A. Dougherty*

Kimberly A. Dougherty, Esq.
(BBO #658014 Admitted *pro hac vice)*
Kelly A. Guagenty, Esq. (admitted PHV)
Karen Menzies, Esq. (admitted PHV)
JUSTICE LAW COLLABORATIVE, LLC
210 Washington Street
North Easton, MA 02356
Phone: (508) 230-2700
kim@justicelc.com
kelly@justicelc.com
karen@justicelc.com

Kevin M. Fitzgerald, Esq. (ME Bar #9373)
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Kimberly A. Dougherty*
Kimberly A. Dougherty, Esq.