Exhibit 1

**Massachusetts Continuing Legal Education, Inc.**
Ten Winter Place, Boston, MA 02108-4751
800-966-6253 | Fax 617-482-9498 | www.mcle.org

# Certificate of CLE On-Demand Activity

This certificate should be filed with the appropriate MCLE Board(s) or Commission(s) within 30 days of activity.

| | |
|---|---|
| Sponsor: | **Massachusetts Continuing Legal Education, Inc.** |
| Program Title: | **AI & Emerging Technology Conference 2026 - On Demand** |
| Program Number: | **2260241WBA** |
| Program Location: | **On Demand** |
| Original Program Date: | **4/14/2026** Start Time: **9:30 AM** End Time: **4:30 PM** |
| Date Viewed: | **4/29/2026** |

This program is eligible for a total of: **5.0 CLE Credits**

Of this total: **0.0 Ethics Credits**

Note: Business meetings, lunch breaks, receptions, etc., are not included in the computation of the credit.

**TO BE COMPLETED BY ATTORNEY:**

By signing below, I certify that I attended the activity described above and am entitled to claim 5.0 CLE credit hours, including 0.0 Ethics credits.

Kelly A. Guagenty
Attorney Name

BBO #658872
Membership, Registation or Supreme Court Number

Kelly A. Guagenty
Attorney Signature

04/29/2026
Date

MA
State where credits are to be registered

**Note:** Complete a certificate for each state in which you are required to file. Please confirm jurisdictional reporting requirements with your state regulator. Although MCLE does not pursue state-based credit, our programs are regularly approved in many jurisdictions. It is the responsibility of the individual attorney to submit the information and certifications to their respective state regulators.

This certificate was generated electronically at the conclusion of the live webcast program indicated above. If the attendee opted to answer proof of attendance prompts, a transcript of each prompt reply appears on the following page.

Danielle L. Simmons

Danielle L. Simmons, Esq.
Director of Programs

MCLE NEW ENGLAND
Keep raising the bar.®

**Massachusetts Continuing Legal Education, Inc.**
Ten Winter Place, Boston, MA 02108-4751
800-966-6253 | Fax 617-482-9498 | www.mcle.org

# Proof of Webcast Attendance

| | |
|---|---|
| Attendee Name: | **Kelly Guagenty** |
| Sponsor: | **Massachusetts Continuing Legal Education, Inc.** |
| Program Title: | **AI & Emerging Technology Conference 2026 - On Demand** |
| Program Number: | **2260241WBA** |
| Location: | **On Demand** |
| Original Program Date: | **4/14/2026** Start Time: **9:30 AM** End Time: **4:30 PM** |
| Date Viewed: | **4/29/2026** |