# Exhibit 2

| | |
|---|---|
| **From:** | Mary Maiorano |
| **To:** | Mary Maiorano |
| **Subject:** | FW: Thank you for your purchase of an AAJ Litigation Packet! |
| **Date:** | Monday, May 18, 2026 9:27:05 AM |

---

**From:** litigationpackets@justice.org <litigationpackets@justice.org>
**Sent:** Tuesday, May 12, 2026 2:16 PM
**To:** Kelly Guagenty <Kelly@justicelc.com>
**Subject:** Thank you for your purchase of an AAJ Litigation Packet!

You don't often get email from litigationpackets@justice.org. Learn why this is important

Thank you for your purchase! You can access your Packet via the Litigation Packets page (URL: https://www.justice.org/member-groups/legal-research) when logged into your AAJ member account. You will also receive a link to your Packet via Hightail within 24 hours. If you have questions, want to offer feedback, or if you have materials to contribute, please email litigationpackets@justice.org.

Customer's Name: Kelly Guagenty
Date: 5/12/2026
Invoice Code: 1102590
Total:
Payment Amount:
Payment Method:

**Invoice Detail with Customer**

| Customer | Qty | Item | Price | Discount | Taxes | Shipping | Sub-Total | Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Guagenty Kelly | 1.0000 | Best Practices for Using AI Litigation Packet | 149.0000 | 0.0000 | 0.0000 | 0.0000 | 149.00 | 149.0000 | 0.0000 |

Copyright © 2026 Community Brands Holdings, LLC. All rights reserved. Community Brands
This email was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.