**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>HYDE SCHOOL; LAURA GAULD; MALCOLM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD<br><br>Defendants. | Civil Action No.: 2:25-cv-00354<br><br>Hon. Stacey D. Neumann |

**PLAINTIFF'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO HER AMENDED OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Jessica Fuller ("Plaintiff"), by and through her counsel submit the recent decision issued late last week, the Memorandum and Order of the United States District Court for the District of Massachusetts, *Ortolani v. Community of Jesus, Inc., et al,* No. 25-12005-LTS, 2026 U.S. Dist. LEXIS 142307 (D. Mass. June 26 , 2026), attached hereto as **Exhibit A**.

Dated: June 29, 2026

Respectfully Submitted,

*/s/ Kimberly A. Dougherty*

Kimberly A. Dougherty, Esq.
(BBO #658014 Admitted *pro hac vice)*
Kelly A. Guagenty, Esq. (admitted PHV)
Karen Menzies, Esq. (admitted PHV)
JUSTICE LAW COLLABORATIVE, LLC
210 Washington Street
North Easton, MA 02356
Phone: (508) 230-2700
kim@justicelc.com
kelly@justicelc.com
karen@justicelc.com

Kevin M. Fitzgerald, Esq. (ME Bar #9373)
FITZGERALD LAW GROUP, LLC

120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Email: kfitzgerald@fitz-lawgroup.com

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Kimberly A. Dougherty*
Kimberly A. Dougherty, Esq.