**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| JESSICA FULLER, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HYDE SCHOOL; LAURA GAULD; MALCOLM GAULD; GEORGIA GAULD MACMILLAN; DONALD MACMILLAN; LAURIE GAULD HURD,<br><br>Defendants. | Civil Action No. 2:25-cv-00354-SDN<br><br>Hon. Stacey D. Neumann |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants cited to *Ruderman v. Kenosha County*, 752 F. Supp. 3d 1084 (E.D. Wis. 2024) on page 2 and footnote 3 of their Amended Reply Brief filed on June 3, 2026. Shortly thereafter, the Seventh Circuit Court of Appeals vacated that decision and remanded for further proceedings in *Ruderman v. Kenosha County, Wisconsin*, 178 F.4th 333 (7th Cir. 2026). The Seventh Circuit's decision is attached as Exhibit A.

Defendants do not believe the Seventh Circuit's decision affects the merits of their arguments in favor of dismissal of the remaining claims in their entirety.

Dated: July 7, 2026

Respectfully submitted,

*/s/ Sarah K. Grossnickle*
Martha C. Gaythwaite
Sarah K. Grossnickle
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101-4054
(207) 774-4000
mgaythwaite@verrill-law.com
sgrossnickle@verrill-law.com

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Sarah K. Grossnickle*