# Exhibit A

**From:** ECFnotice@mad.uscourts.gov
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:23-cv-10829-FDS McCabe et al v. Ford Motor Company Status Conference
**Date:** Monday, September 14, 2026 2:00:47 PM

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 9/14/2026 at 1:59 PM EDT and filed on 9/14/2026

**Case Name:** McCabe et al v. Ford Motor Company
**Case Number:** 1:23-cv-10829-FDS
**Filer:**
**Document Number:** 292(No document attached)

**Docket Text:**
**Electronic Clerk's Notes for proceedings held before District Judge F. Dennis Saylor, IV: Status Conference held by video on 9/14/2026. Case called; Status discussed; Further conference set.**

**AMENDED ORDERED DEADLINES:**
**Plaintiffs serve opening expert reports: 9/18/26.**
**Defendant serve opening expert reports: 10/19/26.**
**Parties to serve rebuttal expert reports: 11/18/26.**
**Close of expert discovery: 12/18/26.**
**Parties to file motions under Fed. R.Evid. 702 (if any): 1/15/27.**
**Parties to file oppositions to any Fed. R.Evid. 702 motions: 2/12/27.**
**Parties to file replies on any Fed. R.Evid. 702 motions: 2/26/27.**
**Motion for Summary Judgment: 3/19/27.**
**Motion for Class Certification: 4/16/27.**
**Opposition to Motion for Summary Judgment: 4/16/27.**
**Reply on Motion for Summary Judgment: 4/30/27.**
**Opposition to Motion for Class Certification: 5/14/27.**
**Replies on Motion for Class Certification: 5/28/27.**

**NOTICE OF HEARING:**
**Status Conference set for 10/20/2026 03:30 PM by video before District Judge F. Dennis Saylor IV.**

**(Court Reporter: Robert Paschal at rwp.reporter@gmail.com.)(Attorneys present: Kimberly Dougherty, John Fabry and Adam Edwards for the plaintiff. Cindy Kelly, Stephen Thomasch, Michael Schaffer and Brandon Pellegrino for the defendants.) (MMM)**

**1:23-cv-10829-FDS Notice has been electronically mailed to:**

Michelle I. Schaffer mschaffer@campbell-trial-lawyers.com, kmccarthy@campbell-trial-lawyers.com

Kimberly A. Dougherty kim@justicelc.com, kelly@justicelc.com, liz@justicelc.com, mary@justicelc.com, molly@justicelc.com

Mitchell Mark Breit mbreit@milberg.com, cbryant@milberg.com, dholt@milberg.com

Curtis A. Berglund cberglund@campbell-trial-lawyers.com, kmccarthy@campbell-trial-lawyers.com

Jacob J. Lantry jlantry@campbell-trial-lawyers.com, coliveira@campbell-trial-lawyers.com, jvisocchi@campbell-trial-lawyers.com

Alex R. Straus astraus@milberg.com, MCBPG_service@firmspro.com, abrashear@milberg.com, astraus@ecf.courtdrive.com, cbryant@milberg.com

John R. Fabry jfabry@carlsonattorneys.com, AMRodriguez@carlsonattorneys.com, KRobinson@carlsonattorneys.com

Adam A. Edwards aedwards@milberg.com, cbryant@milberg.com, dholt@milberg.com

Greg Frederic Coleman gcoleman@gregcolemanlaw.com, cbryant@ecf.courtdrive.com, cbryant@milberg.com, dholt@milberg.com, gcoleman@ecf.courtdrive.com

RANDI KASSAN rkassan@thesandersfirm.com

Natalie Rico Nrico@brysonpllc.com, mcbpg_service@firmspro.com

Cindy Kelly ckelly@kasowitz.com, courtnotices@kasowitz.com

Stephen Thomasch sthomasch@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com

Hector Torres htorres@kasowitz.com, courtnotices@Kasowitz.com

Ryan P. McMillan rmcmillan@milberg.com

Leland Humphrey Belew lbelew@milberg.com

David F Miceli DMiceli@Milberg.com

Virginia Ann Whitener gwhitener@milberg.com, cbryant@milberg.com, dholt@milberg.com

Mark Richard Miller mrm@wallacemiller.com

Morgan Ferrell mferrell@carlsonattorneys.com

Luis Munoz De La Vega lvega@slgfirm.us

Jodi Munn Schebel jodi.schebel@bowmanandbrooke.com, megan.lilly@bowmanandbrooke.com

Emily Lowe elowe@kasowitz.com

Marcellene Hearn mhearn@kasowitz.com

Dariya Golubkova dgolubkova@kasowitz.com

Joshua Marks jmarks@kasowitz.com

Christopher Robert Goetz cgoetz@kasowitz.com

Julia Ozello jo@wallacemiller.com

Brandon M Pellegrino brandon.pellegrino@bowmanandbrooke.com

**1:23-cv-10829-FDS Notice will not be electronically mailed to:**

Arthur Stock
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

Jeff M. Edwards(Terminated)
1406 Duster Cv
Cedar Park, TX 78613

Jose Luis Munoz
The Carlson Law Firm, P.C.
1717 N. Interstate 35
Suite 305
Round Rock, TX 78664

William A Ladnier
MILBERG, PLLC
800 S. Gay Street
Suite 1100
Knoxville, TN 37929