**IN THE UNITED STATES COURT**
**FOR THE DISTRICT OF MAINE**

JESSICA FULLER, individually and
on behalf of all similarly situated persons,

Plaintiffs,

vs.

HYDE SCHOOL, LAURA GAULD, and
MALCOLM GAULD

Defendants.

Civil Action No.: 2:25-cv-00354-SDN

Hon. Stacey D. Neumann

**JOINT MOTION TO ENTER CONFIDENTIALITY ORDER**

Plaintiff Jessica Fuller and Defendants Hyde School, Laura Gauld, and Malcolm Gauld, by and through undersigned counsel, jointly move the Court pursuant to Local Rule 26(d) for the entry of the proposed Standard Confidentiality Order attached as Exhibit A hereto.

As grounds for this motion, the parties state:

1. Discovery in this matter is likely to involve the disclosure and exchange of confidential and personal information that requires protection from public disclosure.
2. To expedite the production of information and to adequately protect their respective interests, the parties wish to have an order entered by this Court to govern the production and use of confidential documents and information in this action.
3. The parties have met and conferred and agree to use the Court's Standard Confidentiality Order without any proposed changes.

4. The parties agree that nothing in the Confidentiality Order modifies applicable laws governing disclosure or confidentiality of educational records or other protected information.

WHEREFORE, the parties respectfully request that the Court enter the proposed Standard Confidentiality Order attached hereto as Exhibit A.

Dated: October 21, 2026

Respectfully submitted,

*/s Kinberly Dougherty*
Kelly A. Guagenty, Esq. *(pro hac vice)*
Kimberly A. Dougherty, Esq. (*pro hac vice*)
Karen Barth Menzies, Esq. (*pro hac vice*)
JUSTICE LAW COLLABORATIVE, LLC
210 Washington Street
North Easton, MA 02356
Phone: (508-230-2700
Email: kelly@justicelc.com;
kim@justicelc.com; karen@justicelc.com

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald, Esq.
FITZGERALD LAW GROUP, LLC
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Email: kfitzgerald@fitz-lawgroup.com

*Counsel for Plaintiff Jessica Fuller and the Proposed Class*

*/s/ Martha C. Gaythwaite*
Martha C. Gaythwaite, Esq.
Sarah K. Grossnickle, Esq.
VERRILL DANA LLP
One Portland Square
Portland, ME 04101

Phone: (207) 253-4650
Email: mgaythwaite@verrill-law.com;
sgrossnickle@verrill-law.com

*Counsel for Defendants Hyde School, Laura Gauld, and Malcolm Gauld*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, the foregoing Joint Motion to Enter Confidentiality Order was electronically filed with the Clerk of Court using the CM/ECF system. Notification of this filing will be sent to all registered counsel of record by operation of the CM/ECF system.

*/s/ Kevin M. Fitzgerald*
Kevin M. Fitzgerald